**E-filed 6/12/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMISI CALLOWAY,** | C 06-2531 JF |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER** |
| **v.** | |
| **DERRAL ADAMS, Warden,** | |
| Respondent. | |

Upon motion of respondent and good cause appearing,

IT IS ORDERED that the time for filing an answer or other responsive pleading to the petition be, and the same is, extended to and including July 8, 2006.

DATED: ___6/12/06_____

_____
JEREMY FOGEL
Judge of the United States District Court

Order Granting Extension of Time to File Answer - *Calloway v. Adams*, C 06-2531 JF (PR)