IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jamisi Calloway | ) | No. 06-2531 JF |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | ORDER GRANTING PETITIONER |
| | ) | AN EXTENSION OF TIME TO |
| vs. | ) | FILE THE RETURN TO THE ANSWER |
| | ) | |
| DERRAL ADAMS. WARDEN | ) | |
| and THE ATTORNEY GENERAL | ) | |
| OF THE STATE OF CALIFORNIA | ) | |
| | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Upon motion of petitioner and good cause appearing, IT IS ORDERED that the time

for filing a return to the answer is extended to and including October  5, 2006.

DATED:     9/8/06

_____

JEREMY FOGEL

Judge of the United States District Court