**E-Filed 10/28/2009**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JAMISI CALLOWAY, | Case Number C 06-2531 JF |
| Petitioner | JUDGMENT |
| v. | |
| DERRAL ADAMS, | |
| Respondent | |

An order denying the petition for writ of habeas corpus and request for an evidentiary hearing having been issued, IT IS ORDERED AND ADJUDGED that the petition be dismissed with prejudice. Judgment shall be entered in favor of Respondent.

The Clerk of the Court shall close the file.

DATED: 10/28/2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-2531 JF
JUDGMENT
(JFEX2)

1  This Judgment has been served upon the following persons:

2  Frederic Stuart Baker
3  fsb@wilsonimages.net

4  Morris Lenk
   morris.lenk@doj.ca.gov

2
Case No. C 06-2531 JF
JUDGMENT
(JFEX2)