**E-Filed 11/17/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMISI CALLOWAY,<br><br>             Petitioner<br><br>             v.<br><br>DERRAL ADAMS,<br><br>             Respondent | Case Number C 06-2531 JF<br><br>ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY |

    On October 28, 2009, the Court denied this petition for writ of habeas corpus on the merits and entered judgment in favor of Respondent. On November 6, 2009, Petitioner filed a notice of appeal which the Court will construe as a motion for a certificate of appealability, (Docket No. 33).

    A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard. See id. § 2253(c)(3).

1     "Where a district court has rejected the constitutional claims on the merits, the
2 showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate
3 that reasonable jurists would find the district court's assessment of the constitutional
4 claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).  The Court
5 denied the instant habeas petition after careful consideration of the merits.  The Court
6 found no violation of Petitioner's federal constitutional rights in the underlying state court
7 proceedings.  Petitioner has failed to demonstrate that jurists of reason would find it
8 debatable whether this Court was correct in its ruling.  Accordingly, Petitioner's request
9 for a certificate of appealability is DENIED.

    This order terminates Docket No. 33.

DATED: 11/13/2009

_____
JEREMY FOGEL
United States District Judge